Michael E. McKINZY, Appellant,

v.

The CHILDREN'S MERCY HOSPITAL, Respondent.

No. WD 46201.

Missouri Court of Appeals, Western District.

Aug. 25, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 29, 1992.

Application to Transfer Denied Oct. 27, 1992.

Michael E. McKinzy, appellant, pro se.

Gail S. Hudek, Kansas City, for respondent.

Before ULRICH, P.J., and SHANGLER and FENNER, JJ.

ORDER

PER CURIAM:

Plaintiff appeals from dismissal of his suit, with prejudice, for failure to comply with discovery.

The dismissal is affirmed. Rule 84.16(b).